Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

Dennis N. Lueck (SBN 292414)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
dlueck@hinshawlaw.com
Telephone: 415-362-6000
Facsimile: 415-834-9070
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBRA MCCLAIN, | Case No.: 2:20-cv-00581-JAM-KJN |
| Plaintiff, | **Stipulation for Dismissal of Entire Case With Prejudice** |
| v. | |
| PIONEER CREDIT RECOVERY, INC., et al. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party to bear its own fees and costs.

//

1  Date: March 17, 2021                           _____s/ Jeremy S. Golden_____
2                                                 Jeremy S. Golden
                                                  Attorney for Defendant
3

4  Date: March 17, 2021                           _____s/ Dennis N. Lueck, Jr._____
5                                                 Dennis N. Lueck, Jr.
                                                  Attorney for Defendant
6